AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Henley | ) |
| *Petitioner* | ) |
| v. | )  Civil Action No.  2:11-cv-00111-JFA |
| SC Dept of Social Service | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other:

The Report and Recommendation of Magistrate Judge Bruce Howe Hendricks is adopted and incorporated. This action is dismissed without prejudice and without issuance and service of process. The petitioner shall take nothing on his claim filed pursuant to 28 U.S.C. § 1361

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson Jr., United States Magistrate Judge.

Date:  March 21, 2011                              *CLERK OF COURT*

                                                   s/H. Hillman
                                                   *Signature of Clerk or Deputy Clerk*